```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :      19 Cr. 679 (LGS)
              -against-                                     :
                                                            :           ORDER
SAMUEL SAUNDERS,                                            :
                              Defendant.                    :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the parties and their counsel shall appear for a conference with the Court on **March 12, 2020, at 3:00 p.m.**, to discuss the status of trial, in **Courtroom 1106** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

Dated:  March 6, 2020
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**