```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                        Plaintiff,          :
                                                            :
            -against-                                       :
                                                            :
SAMUEL SAUNDERS,                                            :
                                        Defendant,          :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2020

19 Cr. 679 (LGS)

**AMENDED
SCHEDULING ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS a conference was held before the Court on March 12, 2020. For the reasons stated on the record, it is hereby

**ORDERED** that the parties shall file by **May 4, 2020** any motions in limine, and by **May 11, 2020,** any responses to the motions. It is further,

**ORDERED** that the parties shall file by **May 18, 2020**, a joint statement as provided in the Court's Individual Rule H.1., a joint proposed voir dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties. It is further,

**ORDERED** that the final pretrial conference currently scheduled for April 6, 2020 is adjourned to **May 26, 2020 at 11:00 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. It is further,

**ORDERED** that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of voir dire. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed. It is further,

**ORDERED** that the jury trial is currently scheduled to begin on April 13, 2020, is adjourned to **June 1, 2020 at 9:45 a.m.** The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule. Furthermore, no extensions will be granted absent extraordinary circumstances. It is further,

Dated: March 12, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**