**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 18, 2020

BY ECF AND EMAIL
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square Room 201
New York, New York 10007

Re: **United States v. Samuel Saunders**
     **19 Cr. 679 (LGS)**

Dear Judge Schofield:

> Application GRANTED. The Court construes this letter motion (Dkt. No. 22) and the attached Exhibit A (Dkt. No. 22-1) as Defendant Saunders' waiver of his right to be present at the June 4, 2020, conference.
>
> Defendant Saunders shall appear telephonically at the June 4, 2020, conference at 11:20 a.m., by calling (888) 363-4749 and using access code 558-3333 at the appointed time. The Clerk of Court is respectfully directed to close the open motion at Dkt. No. 22. SO ORDERED.
>
> Dated: May 20, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

      We respectfully write on behalf of our client Samuel Saunders, in response to the Court's Order dated May 4, 2020, to advise the Court that we have spoken with Mr. Saunders regarding the conference scheduled for June 4, 2020. After being fully informed of his rights, he has advised us that he waives his right of personal appearance for the conference but would like to appear telephonically. It was not possible to have Mr. Saunders personally sign a waiver, but we provide the Court with a personal appearance waiver and consent to appear by telephone, which we have signed on behalf of Mr. Saunders. <u>See</u> Exhibit A.

      Respectfully submitted,

/s/
Robert M. Baum
Ariel Werner
Assistant Federal Defender

cc: Adam Hobson, Esq.
    Assistant United States Attorney
    Southern District of New York
    One St. Andrews Plaza
    New York, NY 10007