UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
UNITED STATES OF AMERICA,                   :
                                            :
                                            :
            -against-                       :        19 Crim. 679 (LGS)
                                            :
SAMUEL SAUNDERS,                            :        **ORDER**
                        Defendant.          :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a telephone conference is currently scheduled for June 4, 2020 at 11:20 a,m.

WHEREAS in his letter dated May 18, 2020, Defendant Saunders' waived of his right to be physically present and requested to appear telephonically at this conference;

WHEREAS Defendant is currently housed at the Metropolitan Correctional Center and cannot be produced via telephone on Thursday June 4, 2020.  It is hereby

**ORDERED** that the telephone conference scheduled for June 4, 2020 is adjourned to **June 5, 2020 at 10:30 a.m.**  The parties shall call (888) 363-4749 and use Access Code 558-3333.

Dated: April 22, 2020
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**