UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                       :

UNITED STATES OF AMERICA,                  :
                                Plaintiff,    :
                                                             :          19 Cr. 679 (LGS)
                     -against-                          :
                                                             :          SCHEDULING ORDER

SAMUEL SAUNDERS,                             :
                                          Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS Defendant has made an application for new counsel.  It is hereby,

      **ORDERED** that Defendant Samuel Saunders, his counsel & the Government shall appear for a telephone conference on **July 13, 2020 at 12:00 p.m.**  The conference will occur on the following conference call line:

      Dial-in: 888-363-4749

      Access code: 558-3333

Dated: June 30, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**