UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,             :
                                 Plaintiff,    :
                                                   :          19 Cr. 679 (LGS)
                -against-                        :
                                                   :             AMENDED
SAMUEL SAUNDERS,                      :     SCHEDULING ORDER
                                 Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS Defendant has made an application for new counsel.

      WHEREAS a telephone conference is currently scheduled for July 13, 2020.

      WHEREAS due to a scheduling conflict at the Metropolitan Correctional Center, Defendant Samuel Saunders cannot be produced on July 13, 2020. It is hereby,

      **ORDERED** that the telephone conference currently scheduled for July 13, 2020 is adjourned to **July 17, 2020 at 12:00 noon**. The conference will occur on the following conference call line:

      Dial-in: 888-363-4749

      Access code: 558-3333

Dated: Jul 10, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE