UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                                  Plaintiff,

                       19 Cr. 679 (LGS)
        -against-

                     ORDER
    SAMUEL SAUNDERS,
                                  Defendant,
------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephone conference was held on June 17, 2020. For the reasons stated on the record. It is hereby,

       **ORDERED** that Mr. Robert Baum and Ms. Ariel Werner are relieved as counsel for Defendant Samuel Saunders. It is further

       **ORDERED** that Mr. Leonardo Aldridge is appointed as counsel for Defendant Samuel Saunders.

Dated: July 17, 2020
       New York, New York

                                             LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE