```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                    Plaintiff,               :
                                                             :    19 Cr. 679 (LGS)
                -against-                                    :
                                                             :    ORDER
SAMUEL SAUNDERS,                                             :
                                    Defendant.               :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the August 26, 2020, Order (Dkt. No. 30) directed defense counsel to file a letter by September 10, 2020, stating whether Defendant waives his physical appearance at the September 18, 2020, scheduling conference.

WHEREAS, defense counsel has not filed that letter.  It is hereby

**ORDERED** that by **September 14, 2020**, defense counsel shall file a letter stating whether Defendant waives his physical appearance at the September 18, 2020, scheduling conference.  Failure to comply with court-ordered deadlines may result in sanctions or prejudice.

Dated: September 11, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**