UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                         Plaintiff,          :          19 Cr. 679 (LGS)
                                                             :
           -against-                                        :          ORDER
                                                             :
SAMUEL SAUNDERS,                                             :
                                                             :
                        Defendant.          :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS trial in this case is currently scheduled to begin on February 1, 2021, at 9:45 a.m.  It is hereby

**ORDERED** that the trial scheduled for February 1, 2021 at 9:45 a.m., is **adjourned** to **February 3, 2021, at 9:45 a.m.**, or as soon as possible thereafter.  This trial is in first place on the Court's trial-ready calendar for that date.  The parties shall be ready to proceed on 24 hours' notice on or after February 3, 2021.  It is further

**ORDERED** that the deadlines for pre-trial submissions and conferences set forth in the September 18, 2020, Scheduling Order (Dkt. No. 33) remain in effect.

Dated:  December 9, 2020
        New York, New York

                                                         **LORNA G. SCHOFIELD**
                                                         **UNITED STATES DISTRICT JUDGE**