UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                     19 Cr. 679 (LGS)

              -against-                           ORDER

SAMUEL SAUNDERS,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS trial in this case is currently scheduled to begin on February 3, 2021, at 9:45 a.m., and the final pre-trial conference is scheduled for January 25, 2021, at 11:00 a.m. (Dkt. Nos. 33, 36).

       WHEREAS, pursuant to Standing Order M-10-468 (available at 20 Misc. 622, Dkt. No. 3 (S.D.N.Y. January 6, 2021)), all jury trials for the period beginning January 19, 2021, and ending February 12, 2021, are adjourned due to risks associated with the COVID-19 pandemic.  It is hereby

       **ORDERED** that the trial scheduled for February 3, 2021, at 9:45 a.m., and the final pre-trial conference is scheduled for January 25, 2021, at 11:00 a.m., are **adjourned** sine die.  It is further

       **ORDERED** that the deadlines for pre-trial submissions set forth in the September 18, 2020, Scheduling Order (Dkt. No. 33) remain in effect, except that the date for production of material pursuant to 18 U.S.C. § 3500 shall be determined once the trial date is set.

Dated: January 7, 2021
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE