UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :
                                                            :     19 Cr. 679 (LGS)
                -against-                                   :
                                                            :     ORDER
SAMUEL SAUNDERS,                                            :
                                    Defendant,              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS on January 7, 2021, the Court adjourned the trial in this matter sine die (Dkt. No. 37). It is hereby

**ORDERED** that by **February 1, 2021**, the parties shall file a joint letter proposing two new trial dates to take place during the second quarter of 2021. The parties also should state whether they seek to have the Court exclude time under the Speedy Trial Act and the basis for the exclusion. It is further

**ORDERED** that on or before **February 1, 2021**, the Government shall file a letter setting forth its calculation of Defendant's Offense Level and Criminal History Category should he decide to change his plea. *See United States v. Pimentel*, 932 F.2d 1029, 1034 (2d Cir. 1991).

Dated: January 25, 2021
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**