UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                             Plaintiff,                      19 Cr. 679 (LGS)

            -against-                                      ORDER

SAMUEL SAUNDERS,

                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS the trial in this case is adjourned sine die (Dkt. No. 42). It is hereby

       **ORDERED** that a jury trial shall commence on **June 7, 2021, at 9:45 a.m.**, or the Court's first available date thereafter. This action is first in line on the Court's trial calendar for June 2021. The parties shall be ready to proceed on 24 hours' notice on or after June 7, 2021. It is further

       **ORDERED** that the parties shall appear for a final pre-trial conference on **May 28, 2021, at 4:00 p.m.**, on the following conference call line: 888-363-4749, access code 558-3333. It is further

       **ORDERED** that the deadline for submission of a joint statement as provided in the Courts Individual Rule H.1, a joint proposed voir dire, joint proposed requests to charge, and a joint proposed verdict sheet remains unchanged (Dkt. No. 42). It is further

       **ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today and June 7, 2021, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A)

Dated: February 2, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE