UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES,

                            Plaintiff,

                         19 Crim. 679 (LGS)

             -against-

                         **ORDER**

    SAMUEL SAUNDERS,

                         Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the parties and their counsel shall appear for a conference on **April 5, 2021, at 11:30 a.m.**, to discuss the status of trial preparation, in **Courtroom 1106** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

Dated: March 29, 2021
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**