UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,

                -against-

SAMUEL SAUNDERS,

                             Defendant.
-------------------------------------------------------------X

19 Cr. 679 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS for the reasons stated at the April 5, 2021, conference it is hereby

       **ORDERED** that the Government's motions in limine to introduce details of (1) Defendant's past conviction for criminal possession of a weapon and (2) an alleged separate arms transaction are **denied**.

       The Clerk of Court is respectfully directed to close the docket entries at Nos. 38 and 40.

Dated: April 5, 2021
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**