UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,
                            Plaintiff,

               -against-

   SAMUEL SAUNDERS,
                            Defendant.
------------------------------------------------------------X

19 Cr. 679 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS the final pre-trial conference in this matter is scheduled for April 29, 2021, at 4:00 p.m. Due to a scheduling conflict, it is hereby

**ORDERED** that the final pre-trial conference scheduled for April 29, 2021, is **adjourned** to **April 28, 2021, at 12:00 p.m.**, in Courtroom 1106 of 40 Foley Square, New York, NY, 10007. It is further

**ORDERED** that by **April 27, 2021, at noon**, the parties shall provide the Court a joint list of exhibits whose admissibility is disputed. The party disputing admissibility shall annotate each entry in the list with the rule(s) of evidence forming the basis for its objection. The parties shall (1) email the list, together with the disputed exhibits, to the Chambers email account or (2) provide the list and exhibits on a CD-ROM delivered to Chambers.

Dated: April 21, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**