UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                                                                     :

UNITED STATES OF AMERICA        :           **ORDER**

                                                            :

            - v. -                          :
                                                           :          19 Crim. 679 (LGS)

SAMUEL SAUNDERS,                     :

                                                           :

                                                           :

                              Defendant.   :
-------------------------------------------------------x
LORNA G. SCHOFIELD, District Judge

      WHEREAS, trial in this matter is currently underway. It is hereby

      **ORDERED** that the parties shall appear for the final charging conference on May 5, 2021, at 5:00 p.m., on the following conference line: 888-363-4749, access code 558-3333.

Dated: May 5, 2021
       New York, New York

                                               LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE