UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

   -against-                                        :          ORDER

SAMUEL SAUNDERS,                              :          19 CR 679 (LGS)

                Defendant.              :

-------------------------------------------------------x

Upon the letter application, dated May 5, 2021, of Ken Womble and Leo Aldridge, attorney for the defendant, SAMUEL SAUNDERS, and it appearing that the defendant is in pre-trial detention in connection with the within captioned matter at the Metropolitan Correctional Center (MCC), with Marshal Register # 87138-054, it is hereby:

ORDERED, that the MCC located at 150 Park Row, New York, New York 10007, is directed to accept delivery by courier, or by hand, of clothing suitable for Mr. Saunders to wear to court for trial (suit, laced dress shoes, belt, shirts, socks) that began on May 4, 2021, and to insure that the clothing is made available to the defendant for each day until the conclusion of the trial and to take such other and further steps as may be required to comply with the purposes of this Order.

Dated:  May 5, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE