UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
UNITED STATES OF AMERICA,  
                            Plaintiff,  

                            19 Cr. 679 (LGS)  
         -against-  

                            ORDER  
SAMUEL SAUNDERS,  
                            Defendant,  
------------------------------------------------------------X  

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for September 13, 2021, is adjourned to **November 2, 2021, at 11:00 a.m.**

Dated: September 13, 2021  
       New York, New York

                                               LORNA G. SCHOFIELD  
                                             **UNITED STATES DISTRICT JUDGE**