UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :

UNITED STATES OF AMERICA,        :

                                                            :         19 Cr. 679 (LGS)

                -against-            :         <u>ORDER</u>

SAMUEL SAUNDERS,             :
                            Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS the Court has received the attached letter from Defendant dated September 9, 2021 (the "Letter"), seeking the appointment of new counsel.

      WHEREAS a sentencing hearing is currently scheduled for November 2, 2021 at 11:00 a.m.

      WHEREAS the Court will address the Letter at the November 2, 2021, hearing and the sentencing will proceed at a later date. It is hereby

      **ORDERED** that Mr. Kenneth Montgomery, CJA counsel on duty for November 2, 2021, shall be present at the November 2, 2021, hearing.

Dated: October 28, 2021
New York, New York

                                                                         LORNA G. SCHOFIELD
                                                                  UNITED STATES DISTRICT JUDGE

September 9, 2021

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
   40 Foley Square
New York, New York 10007

Re: U.S. v. Samuel Saunders
    19-679 (LGS)

Dear Judge Schofield:

Im writting to let you know that it is my wishes that you dismiss Mr. Aldridge and Mr. Womble as attorneys from my case and re-assigne me new counsel. I did not want these attorneys representing me at trial and I do not want them to represent me at sentencing. I also do not want them representing me as appellet lawyers and wich to be assigned new counsel for appellate review when the time comes. Both of these lawyers were inadequate and ineffective assistances thru-ought me whole case and trial. I have been lied to by these lawyers so many times that its hard for me to believe at this point that they possess an ethical bone in there bodies. During this whole case Mr. Aldridge has not been in the United States of America up until approximately 2½ to 3 weeks before my trial, how can there have been an investigative process in preparation for my trial

(ie. a proper investigative process) If this lawyer was not even in the whole of the United States to conduct it With all do respect I submitt this motion.

Sam Saunders
87138-054