UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
:    19 Cr. 679 (LGS)
-against-                  :
:    SCHEDULING ORDER
SAMUEL SAUNDERS,           :
              Defendant,   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference was held on November 2, 2021.  It is hereby

**ORDERED** that for the reasons stated on the record, Mr. Leonardo Aldridge and Mr. Ken Womble are relieved as counsel for Defendant.  It is further

**OREDERED** that Mr. Kenneth Montgomery, CJA counsel on duty today, is appointed as counsel for Defendant.  It is further

**ORDERED** that Defendant's revised or supplemental sentencing submission, if any, shall be filed by **January 7, 2022**.  The Government's supplemental sentencing submission, if any, shall be filed by **January 10, 2022**.  It is further

**ORDERED** that sentencing currently previously scheduled for November 2, 2021, is adjourned to **February 22, 2022, at 11:45 a.m**.

Dated:  November 2, 2021
        New York, New York

                                    _____
                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE