# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
# ken@kjmontgomerylaw.com

January 12, 2022

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 11201

> Application DENIED as moot. The Clerk of the Court is directed to terminate the letter motion at docket number 82.
>
> Dated: January 18, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**RE: United States v. Samuel Saunders**
**Criminal Docket 19 Cr. 679 (LGS)**

Dear Judge Schofield:

     This letter is to request permission from the Court to file my very brief supplemental sentencing submission to January 14, 2022, and request that sentencing be adjourned to February 16th or 17th. I have reviewed all the discovery, trial transcripts, the docket as well as all motion papers filed. I have also met with Defendant several times but my meetings recently have been limited to emails and a video conference scheduled for tomorrow January 13th. The reason that I am requesting that sentencing be adjourned is that I will be presenting at Capital Defense Seminar in Monterrey from February 19-25th and when I return I have to pick up my oldest child from college for spring break.

     Thank you for your time and consideration in this matter.

                                              Respectfully,

*Kenneth J. Montgomery*
Attorney for Samuel Saunders
198 Rogers Avenue
Brooklyn, New York 11225