UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                      :

UNITED STATES OF AMERICA,        :

                                                                      :

                                                                      :      19 Cr. 679 (LGS)

                         -against-                :

                                                                      :      <u>ORDER</u>

SAMUEL SAUNDERS,                   :

                                       Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that sentencing currently scheduled for February 22, 2022, at 11:45 a.m., is adjourned to **February 22, 2022, at 4:00 p.m.**

Dated: February 1, 2022
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**