# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

February 1, 2022

Application Granted.  The sentencing hearing currently scheduled for February 22, 2022, is adjourned to **February 28, 2022 at 4:00 p.m**.  The Clerk of the Court is directed to terminate the letter motion at docket number 86.

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 11201

Dated: February 3, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**RE: United States v. Samuel Saunders**
**Criminal Docket 19 Cr. 679 (LGS)**

Dear Judge Schofield:

      This letter is to request permission from the Court to adjourn sentencing for Mr. Saunders to any date between February 14th-February 17th, or the week of February 28th. As a member of both capital panels in SDNY and EDNY, as well as a member of the Death Penalty Working Group for the Office of The United States Courts in Washington and from my work with the Federal Death Penalty Project, I have been asked to present at the Capital Defense Seminar in Monterrey, California from February 18th-25th.  I can assure the Court that there will be no further request for adjournment of sentencing.

      Thank you for your time and consideration in this matter.

      Respectfully,
      Kenneth J. Montgomery
      Attorney for Samuel Saunders
      198 Rogers Avenue
      Brooklyn, New York 11225