UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA        :

                                                            :        19 Cr. 679 (LGS)
                   -against-               :
                                                            :        <u>ORDER</u>
    SAMUEL SAUNDERS,                    :
                                      Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court has received the attached letter from Mr. Saunders requesting an opportunity to file pro se post-trial motions under Rules 29 and 33 of the Federal Rules of Criminal Procedure.

WHEREAS, Mr. Saunders is represented by new counsel post-trial, and a sentencing hearing is scheduled to take place on February 28, 2022. It is hereby

**ORDERED** that the application to file post-trial motions is DENIED as untimely. Motions under Rule 29 and Rule 33 must be filed within fourteen days of the verdict, unless the Rule 33 motion is based on newly discovery evidence which apparently is not at issue here.

The Government is directed to file a letter by **February 25, 2022**, addressing the merits of post-trial motions based on the sufficiency of the evidence had they been timely.

Defense counsel shall be prepared at the sentencing hearing to confirm that any post-trial motion would not be based on newly discovered evidence.

Dated: February 15, 2022
       New York, New York

                                                                                LORNA G. SCHOFIELD
                                                                 UNITED STATES DISTRICT JUDGE

VIA Certified Mail                                                                   2/8/22

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

                                      Re: U.S. v. Samuel Saunders
                                            19-679 (LGS)

Dear Judge Schofield:

        Due to my previous attorney Leonardo M. Aldridge verbally asserting a rule #29 & 33 motion pursuant to the Federal Rules of Criminal Procedure and a ruling being reserved on this matter, I have recently ascertained the fact that Mr. Aldridge did not submit any written Rule 29 & 33 motions on my behalf and would request respectfully that the court give me the time and opportunity that is needed or whatever the court deems is enough time that would be sufficient to perfect a Rule 29 & 33 motion pro sé. There have been several administrative restrictions that have prevented me from submitting these pro sé rule 29 & 33 motion sooner that are out of my control i.e. the law library computers here at MDC Brooklyn have been down, or inoperable preventing me from research and study. Next the covid 19 restrictions and quaranteen have kept us here at MDC Brooklyn locked in our cells for 23 and 3 quarter hours out of the day, more specifically we are allowed out

of our cell for 10 to 15 minutes every two to three days, which when the computers assigned for the law library are working gives us very limited time to use them. Finally, the National Lock down that we are currently under totally obliterates any use of the law library computers because not only are we locked down 24 hours but the computers are shut off completely.

Please take these reasons into consideration.

Respectfully Submitted
J. Saunders

